UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERON FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-00291-ART-CSD<br><br>**ORDER**<br><br>(ECF Nos. 1-3, 3, 3-2, 3-3) |

Plaintiff Teron Franklin initiated this case with an application to proceed *in forma pauperis*, a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion to file excess pages with the complaint. (ECF Nos. 1, 1-1, 1-3). Plaintiff subsequently filed a motion to resubmit the complaint because some pages were missing. (ECF No. 3). Plaintiff attached a new copy of the complaint (ECF No. 3-1), a second copy of the application to proceed *in forma pauperis* (ECF No. 3-2), and another motion for leave to file excess pages (ECF No. 3-3).

The Court grants Plaintiff's motion to resubmit the complaint (ECF No. 3), as well as the motion for leave to file excess pages (ECF No. 3-3), and accepts the complaint filed at ECF No. 3-1 as the operative complaint in this case. The Court denies Plaintiff's previous motion for leave to file excess pages (ECF No. 1-3) as moot. The Court also denies Plaintiff's duplicate application to proceed *in forma pauperis* (ECF No. 3-2). The Court will screen Plaintiff's operative complaint (ECF No. 3-1) and address his initial application to proceed *in forma pauperis* (ECF No. 1) in a separate order.

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's motions to resubmit his complaint (ECF No. 3) and for leave to file excess pages (ECF No. 3-3) are **GRANTED**. The Court accepts the complaint filed at ECF No. 3-1 as the operative complaint in this case.

2. Plaintiff's previous motion for leave to file excess pages (ECF No. 1-3) is **DENIED** as moot.

3. Plaintiff's duplicate application to proceed *in forma pauperis* (ECF No. 3-2) is **DENIED**.

4. The Court will address Plaintiff's initial application to proceed *in forma pauperis*, and screen his complaint, in a separate order.

DATED THIS 21st day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2