UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERON FRANKLIN, | Case No. 3:23-cv-00291-ART-CSD |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

Plaintiff Teron Franklin ("Plaintiff") files a motion for enlargement of time. (ECF No. 7 at 1.) In his motion, Plaintiff requests until October 2, 2024, to file an amended complaint because he was just transferred to Lovelock Correctional Center ("LCC"), and he has health issues. (*Id.* at 3.) His previous deadline to file an amended complaint was September 2, 2024. (*Id.* at 1; ECF No. 5 at 7.)

For good cause shown, IT IS ORDERED that Plaintiff's motion for enlargement of time (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint by **October 2, 2024**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice for failure to state a claim.

IT IS FURTHER ORDERED that the Clerk of the Court shall update Plaintiff's address to Lovelock Correctional Center as indicated in his motion for enlargement of time (ECF No. 7 at 1).

DATED: August 19, 2024.

_____
UNITED STATES MAGISTRATE JUDGE