1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4

5

6

7

8

TERON FRANKLIN,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:23-cv-00291-ART-CSD

**Order**

Re: ECF No. 14

9    Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections (NDOC),

10 has filed a first amended civil rights complaint (FAC) pursuant to 42 U.S.C. § 1983.

11    District Judge Traum screened Plaintiff's complaint and allowed him to proceed with the

12 following claims: (1) an Eighth Amendment failure to protect claim against Walsh, Hartman,

13 Gittere, and Hughes based on allegations they falsely labeled Plaintiff as a child molester which

14 resulted in his being attacked multiple times by other inmates, and Gittere and Hughes failed to

15 remove this label even though he told them he was at risk for future attacks; (2) a due process

16 forced medication claim against Walsh and Hartman based on allegations they ordered the

17 administration of antipsychotic medications without a hearing; (3) an Eighth Amendment

18 excessive force claim against Walsh, Hartman, Fretis and Ralston based on allegations they used

19 unnecessary force when forcibly medicating Plaintiff and Walsh also ordered Plaintiff receive a

20 beatdown; (4) a retaliation claim against Walsh and Hartman based on allegations they placed

21 him in a segregated cell for using the grievance system; (5) a due process sex offender

22 classification claim against Walsh, Hartman, Hughes and Gittere based on allegations Walsh and

23

Hartman secretly stated in Plaintiff's file that he molested children without notice or a hearing, and when he asked Hughes and Gittere to remove it, they denied his requests. (ECF No. 11.)

The Attorney General's Office has entered a limited notice of appearance on behalf of interested party NDOC for purposes of participating in the early mediation conference. (ECF No. 13.)

Plaintiff has since filed an emergency motion for preliminary injunction. (ECF No. 14.)

On or before **December 30, 2024**, the Attorney General's Office shall advise the court whether it will also enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for preliminary injunction. If the Attorney General's Office is willing to enter a limited notice of appearance, then also by **December 30, 2024**, the Attorney General's Office shall file a response to Plaintiff's emergency motion for preliminary injunction. Plaintiff has up to and including **January 6, 2025,** to file a reply brief. The court will then determine whether to hold a hearing.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: December 16, 2024

_____
Craig S. Denney
United States Magistrate Judge

2