# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TERON FRANKLIN,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:23-cv-00291-ART-CSD

**Order**

On February 20, 2026, the parties entered into a settlement agreement resolving this action. (ECF No. 49.)

On March 26, 2026, Plaintiff filed a motion, asserting that Defendants had not timely complied with the terms of the agreement. (ECF No. 51.) On April 6, 2026, Defendants filed a status report indicating that they had completed their obligations with respect to several of the terms of the settlement agreement, and were in the process of completing the remaining items. (ECF No. 52.)

On or before **April 30, 2026**, Defendants shall file a stipulation and proposed order for dismissal of this action with prejudice, or file a status report explaining the status of their remaining obligations under the terms of the settlement agreement and why those items have not yet been completed.

**IT IS SO ORDERED**.

Dated: April 8, 2026

_____

Craig S. Denney
United States Magistrate Judge