# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TERON FRANKLIN,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:23-cv-00291-ART-CSD

**Order**

Re: ECF No. 56

Defendants filing (ECF No. 56) does not specifically address whether Defendants have completed their obligations under the terms of the settlement agreement, specifically, whether Plaintiff has had the "expedited" medical appointment to evaluate his right knee.

On or before **May 12, 2026**, Defendants shall file a status report indicating whether they have complied with their obligation under the terms of the settlement agreement to provide Plaintiff with a medical appointment to evaluate his right knee, and if so, the results and any recommendations that came out of that appointment. If Plaintiff has not been provided with the appointment, Defendants shall explain why the "expedited" appointed they agreed to has not occurred.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____
Craig S. Denney
United States Magistrate Judge