**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERON FRANKLIN,<br>Plaintiff<br>v.<br>STATE OF NEVADA,<br>Defendants | Case No.: 3:23-cv-00291-ART-CSD<br>**Order**<br>Re: ECF No. 65 |

On September 25, 2026, the court issued an order adopting the undersigned magistrate judge's report and recommendation. (ECF No. 64.) The court has received notice that its order was returned as undelivered. (ECF No. 65.) The court kindly directs the Clerk to **SEND** a copy of this order and ECF No. 64 to Plaintiff at Lovelock Correctional Center.

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanctions deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: September 29, 2026

Craig S. Denney
United States Magistrate Judge